UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JULIUS VICTOR SMITH,

                      Petitioner,

  -against-

GLENN S. GOORD, Commissioner, N.Y.S.
Department of Correctional Services,

                      Respondent.
----------------------------------------------------------------X

JUDGMENT
01-CV- 8582 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 2 - 2005 ★

BROOKLYN OFFICE

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on December 16, 2004, dismissing the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability is granted; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is dismissed; and that no Certificate of Appealability is granted.

Dated: Brooklyn, New York
       October 14, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court